No. 96–853. MUSTANG FUEL CORP. ET AL. *v.* HATCH ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮

No. 96–1041. MCVICAR, WARDEN *v.* GRIFFIN. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 96–1043. GILMORE, WARDEN *v.* EMERSON. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 96–1051. ILLINOIS *v.* NITZ. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮